IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET VANDERGINST,

            Plaintiff,

-vs-                                                Case No. 2:10-cv-10286
                                                  HON.

FOCUS RECEIVABLES MANAGEMENT, LLC,

            Defendant.

| LAW OFFICES OF BRIAN P. PARKER, P.C. | DOBBS & NEIDLE, P.C. |
|---|---|
| Brian P. Parker, Esq. (P 48617) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 30700 Telegraph Road, Suite 1580 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 30150 Telegraph Road, Suite 410 |
| Phone: (248) 642-6268 | Bingham Farms, MI 48025 |
| Fax: (248) 642-8875 | Phone: (248) 723-9511 |
| lemonlaw@ameritech.net | Fax: (248) 723-9531 |
| WWW.COLLECTIONSTOPPER.COM | lawyer@dobbsneidle.com |

**PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGEMENT**

      Plaintiff, by counsel, pursuant to FRCP 68, hereby accepts Defendant's Offer of Judgement for $1,001.00, plus costs and reasonable attorney fees incurred to date.

Date: March 11, 2010

                                          Respectfully submitted,

                                              s/Brian P. Parker
                                        BRIAN P. PARKER (0980668)
                                        Attorney for Plaintiffs
                                        30700 Telegraph Road, Suite 1580
                                        Bingham Farms, MI 48025
                                        (248) 642-6268

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

**MARGARET VANDERGINST,**

        Plaintiff,

-vs-                                  Case No. 2:10-cv-10286
                                          HON.

**FOCUS RECEIVABLES MANAGEMENT, LLC,**

        Defendant.

| LAW OFFICES OF BRIAN P. PARKER, P.C. | DOBBS & NEIDLE, P.C. |
|---|---|
| Brian P. Parker, Esq. (P 48617) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 30700 Telegraph Road, Suite 1580 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 30150 Telegraph Road, Suite 410 |
| Phone: (248) 642-6268 | Bingham Farms, MI 48025 |
| Fax: (248) 642-8875 | Phone: (248) 723-9511 |
| lemonlaw@ameritech.net | Fax: (248) 723-9531 |
| WWW.COLLECTIONSTOPPER.COM | lawyer@dobbsneidle.com |

## PROOF OF SERVICE

The undersigned certifies that Plaintiff's Acceptance of Offer of Judgment and this Proof of Service were served upon counsel for defendant by electronic means on March 11th, 2010 at Bingham Farms, Michigan.

"I declare under penalty of perjury that the above statement is true to the best of my information, knowledge and belief."

JULIE N. LAMANNA